**James CALHOUN–EL, Plaintiff—Appellant,**

and

**Antonio X. English; Richard Lawrence–El; Rodmen Lee, Plaintiffs,**

v.

**Sewall B. SMITH, Warden; Known and Unknown Defendants of the Aramark Food Services Company, Defendants—Appellees.**

No. 03–6972.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2004.

Decided: April 15, 2004.

James Calhoun–El, Appellant pro se.

John Joseph Curran, Jr., Attorney General, Gloria Wilson Shelton, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Calhoun–El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint, denying his motion to amend the pleadings, and denying his motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See English v. Smith,* No. CA–02–2729 (D. Md. filed June 3, 2003; entered June 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*